[9] Bill of exception No. 7 is not approved by the court; therefore we cannot consider it.

[10] There being no statement of facts, and the charge of the court submitting fully murder in the first and second degrees, we must presume that it submitted the issues as made by the evidence; and we cannot, therefore, pass on the questions raised in the motion in regard to the charge of the court. We say again that when the death penalty is assessed we regret exceedingly that a record gets to us in such condition that we are not permitted to pass on each and every question suggested in the motion for new trial; but the rules of law bind us, as they bind the district judge, and as they bind one charged with an offense.

There being no error pointed out in the record as presented to us, the judgment is affirmed.

---

### SQUYRES v. STATE.

(Court of Criminal Appeals of Texas. May 1, 1912.)

CRIMINAL LAW (§ 1099*)—APPEAL—STATEMENT OF FACTS—TIME OF FILING.

A statement of facts, filed after the adjournment of the term at which appellant was tried, cannot be considered on appeal; there being no order in the record authorizing its filing at that time.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2866–2880; Dec. Dig. § 1099.*]

Appeal from Coryell County Court; G. E. Johnson, Judge.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes

J. B. Squyres was convicted of violating the local option law, and he appeals. Affirmed.

T. R. Mears, of Gatesville, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of violating the local option law; his punishment being assessed at a fine of $25 and 20 days' imprisonment in the county jail.

Under the decisions of this court the statement of facts cannot be considered. This document was filed some time after the adjournment of court at which appellant was tried, and there is no order in the record authorizing the filing of the same. Without the evidence there is no alleged error that can be intelligently reviewed. Therefore the judgment will be affirmed; and it is accordingly so ordered.